CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 25 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No.7:06cr00068 |
| | ) | Civil Case No. 7:07cv80017 |
| | ) | |
| v. | ) | 2255 MEMORANDUM OPINION |
| | ) | |
| ROBERT S. GLUHAREFF | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

Petitioner, Robert Gluhareff, filed this 28 U.S.C. § 2255 motion challenging his conviction and total sentence of 30 months incarceration followed by a term of 3 years supervised release, for two counts of bank fraud, in violation of 18 U.S.C. § 1344; one count of aiding and assisting the filing of false income tax returns, in violation of 26 U.S.C. § 7206(2); and one count of mail fraud, in violation of 18 U.S.C. § 1341. In his motion, Gluhareff claimed prosecutorial misconduct and ineffective assistance of counsel. By previous Order, entered January 2, 2008, the court served Gluhareff's motion on the United States. Thereafter, it came to the court's attention that Gluhareff died on or about January 11, 2008. Accordingly, the court finds that Gluhareff's § 2255 motion is moot and, therefore, this action must be dismissed.

I.

Generally, "a case is moot when the issues presented are no longer live or the parties lack a legally cognizable interest in the outcome." Powell v. McCormack, 395 U.S. 486, 496 (1969). Thus, when changes occur during the course of litigation that eliminate the petitioner's interest in the outcome of the case or the petitioner's need for the requested relief, the case must be dismissed as moot. See Friedman's Inc. v. Dunlap, 290 F.3d 191, 197 (4th Cir. 2002). Because Gluhareff has died, this case is now moot. See Murray v. Perry, No. 3:06cv51, 2007 U.S. Dist. LEXIS 18053

(N.D. W. Va. Mar. 12, 2007); Knapp v. Baker, 509 F.2d 922, 922-23 (5th Cir. 1975); Figueroa v. Rivera, 147 F.3d 77, 82 (1st Cir. 1998); Gornto v. MacDougall, 482 F.2d 361, 361 (5th Cir. 1973); Hann v. Hawk, 205 F.2d 839, 839-40 (8th Cir. 1953).

## II.

For the reasons stated herein, the court finds that Gluhareff's § 2255 motion is moot, and therefore, dismisses this action.

**ENTER**: This January 25, 2008.

_____
United States District Judge